UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BINTA BOIRO,                                             07 Civ 5651
                                                         Judge Lynch
          Plaintiff(s),
                                                         **RULE 7.1 STATEMENT**
  -against-

RITE AID CORPORATION and RITE AID
OF NEW YORK, INC.,

          Defendant(s).
--------------------------------------------------------X

    RITE AID OF NEW YORK, INC. is a wholly owned subsidiary of Rite Aid Corporation, a publicly traded Corporation. No one entity owns more than ten (10) percent of the Rite Aid Corporation's stock.

Dated: New York, New York
       June 29, 2007

                                     Yours, etc.

                                     RAVEN & KOLBE, LLP

                                     By: _____
                                        Keith A. Raven (KR-8086)
                                        Attorneys for Defendants
                                        126 East 56th Street, Suite 202
                                        New York, New York 10022
                                        Tel. (212) 759-7466
                                        Fax (212) 759-0166
                                        Our File No.: 904-031-01

TO:

Robert J. Barsch, Esq.
RB 1612
Attorney for Plaintiff
60 East 42nd Street
Suite 2501
New York, New York 10017
Tel. (212) 986-2251

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK )

      Nelida M. Lamboy, being duly sworn, deposes and says:

    1.    That she is an employee in the office of RAVEN & KOLBE, LLP, attorneys herein.

    2.    That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Glendale, New York.

    3.    That on July 3, 2007 she served the within copy of the **RULE 7.1 STATEMENT** upon:

> Robert J. Barsch, Esq.
> RB 1612
> 60 East 42nd Street, Suite 2501
> New York, New York 10017

by depositing a true copy of the same securely in a postpaid wrapper, in a Post Office Box regularly maintained by the United States Government directed to the above-mentioned parties at their respective address above, that this being the address within the State designated by them for the purpose upon the preceding papers in this action or the place where they then kept an office, between which place, there then was and now is a regular communication by mail.

                                                                      NELIDA M. LAMBOY

Sworn to before me this
3rd day of July, 2007

_____
Victoria Tasalova
Notary Public, State of New York
No. 01TA6056005
Qualified in Kings County
Commission Expires 3-12-11