# ROBERT J. BARSCH

ATTORNEY AT LAW
60 EAST 42ND STREET, SUITE ~~2601~~ 2911
NEW YORK, NEW YORK 10165

TEL. (212) 986-2251    FAX (212) 986-2238

**MEMO ENDORSED**

December 31, 2007

VIA FAX (212) 805-0436

Hon. Gerard E. Lynch, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

Re: Boiro v. Rite Aid Corp., et al.
    Docket No. 07 Civ. 5651 (GEL)

Dear Judge Lynch:

    I represent plaintiff Binta Boiro in the above referenced action. I am writing to request a sixty-day extension of the time to complete discovery in the action.

    The original date for the completion of discovery was December 31, 2007. There have been no previous requests for an extension. I contacted my adversary, Keith A. Raven, Esq., today, and he consents to the extension.

    The reason for the request is that the parties have been trying to settle the action. At the conference before this Court on August 30, 2007, the Court suggested that the parties suspend disclosure pending settlement discussions. The reason was that there were previous settlement discussions before the United States Equal Employment Opportunity Commission. The complication to settlement discussion was that plaintiff is pursuing a Workers Compensation claim against defendant for an injury suffered by her during the course of her employment. I do not represent her in that claim, and Mr. Raven does not represent defendants. It took several months to ascertain the status of that administrative proceeding, and then additional time for the parties to discuss the ramifications of the proposed Workers Compensation claim to this action and try to resolve the action.

Hon. Gerard E. Lynch, U.S.D.J.
United States District Court
Southern District of New York
December 31, 2007
Page Two

    However, at this time, it appears settlement is not possible. The parties anticipate all fact discovery to be concluded by March 1, 2008.

    Accordingly, plaintiff respectfully requests that this Court grant a sixty-day <u>extension of the time to complete discovery in the action</u>, that is, <u>until March 1, 2008</u>. ] * Further, plaintiff also requests that the <u>Case Management Conference scheduled for January 11, 2008 at 10:00 a.m. be adjourned to a date after March 1, 2008</u>. Also, plaintiff also requests that the <u>time for dispositive motions be extended as follows: March 15, 2008 for service and filing, April 15, 2008 for opposition, and April 22, 2008 for reply</u>. Thank you for your attention to this matter.

[handwritten annotations: "adjourned to March 7, 2008 at 10:30 a.m."]

                                Respectfully submitted,

                                Robert J. Barsch

cc: Keith A. Raven, Esq. (via fax, 12/31/07)

SO ORDERED
GERARD E. LYNCH, U.S.D.J.
1/2/08