UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BINTA BOIRO,

                        Plaintiff,

     v.

RITE AID CORPORATION, et al.,

                        Defendants.

------------------------------------------------------------------x

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

07 Civ. 5651 (GEL) (DCF)

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 3/14/08]

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               March 14, 2008

                                                   GERARD E. LYNCH
                                                   United States District Judge