## MEMO ENDORSED

# RAVEN & KOLBE, LLP

ATTORNEYS AT LAW
126 EAST 56TH STREET SUITE 202
NEW YORK, NEW YORK 10022

Telephone: (212) 759-7466
Facsimile: (212) 759-0166
www.ravenkolbe.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

July 8, 2008

VIA FACSIMILE 212-805-4258

Hon. Debra Freeman,
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 525
New York, NY 10007

   Re: Binta Boiro v. Rite Aid Corporation and Rite Aid of New York, Inc.
     07 Civ 5651
     Our File No.: 904-031-01-08

Dear Magistrate Judge Freeman:

  Please be reminded that our office represents the defendants in the above-referenced matter. We write pursuant to the instructions of Mr. Brian Morgan in your Chambers in order to memorialize that the teleconference scheduled for *July 7, 2008 at 10:00 a.m.* was not held due to plaintiff's counsel's miscalendaring of this teleconference.

  Accordingly we hereby request that this teleconference be rescheduled for **July 15, 2008 at 2:00 p.m.**

  We thank Your Honor in advance for your time and attention to this matter. Please do not hesitate to contact the undersigned with any questions or concerns.

Very truly yours,

RAVEN & KOLBE, LLP

Ryan E. Dempsey

RED/

SO ORDERED: DATE: 7/9/08

DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

Robert J. Barsch, Esq.
60 East 42nd Street - Suite 2501
New York, New York 10017